**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ESKER MARTIN, III**                                                                 **PLAINTIFF**

**v.**                                        **Case No. 4:21-cv-00086-KGB**

**SCOTT,** *et al.*                                                                    **DEFENDANTS**

<u>**ORDER**</u>

When plaintiff Esker Martin III filed this lawsuit, he was in custody at the Pulaski County Regional Detention Facility ("PCRDF") (Dkt. No. 2).  On January 28, 2021, Mr. Martin informed the Court that he was no longer at PCRDF, but on February 3, 2021, Mr. Martin notified the Court that he had returned to PCRDF (Dkt. Nos. 3, 4).  On November 5, 2021, Mr. Martin notified the Court of a change of address to the Arkansas State Hospital (Dkt. No. 14).  On August 8, 2022, and September 19, 2022, mail to Mr. Martin at the Arkansas State Hospital was returned undeliverable (Dkt. Nos. 18, 25).  As a result, the Court entered a show cause Order to require Mr. Martin to inform the Court of his current contact information within 30 days of the entry of the show cause Order and to provide the Court with a valid mailing address (Dkt. No. 26).  The Court notified Mr. Martin that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*).  *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.  As of the date of this Order, Mr. Martin has not complied with or otherwise responded to the Court's September 20, 2022, Order, and the time for doing so has passed.  Accordingly, Mr. Martin's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 25th day of October, 2022.

_____
Kristine G. Baker
United States District Judge